

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER WITHDRAWING MEDIATION ORDER

Court of Appeals Number:     01-22-00304-CV

Style:                                     Cynthia  T. Wills v. USAA General Indemnity

Trial Court Case Number:      1156962

Trial Court:                           Co Civil Ct at Law No 3 of Harris County

Type of Motion:                    Objection to Mediation

Party Filing Motion:              Appellee

     Appellee has objected to mediation.  The Court's mediation order dated May 4, 2022 is withdrawn.


Judge's signature: /s/ Sarah Beth Landau

      Acting individually


Date:   May 19, 2022


\*        Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).